United States District Court
Eastern District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2011 JUN 17 P 4: 25

JON A. SANFILIPPO
CLERK

Percy C. Perry

(Full Name of Plaintiff or Plaintiffs)

vs

City of Milwaukee Health Department

(Full Name of Defendant or Defendants)

No. 11-C-0587
(Supplied by Clerk)

# COMPLAINT

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
      ☐ YES      ☒ NO

   B. Have you begun other lawsuits in state or federal court?
      ☐ YES      ☒ NO

   C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

      1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

      2. Court in which lawsuit brought (if federal court, name district: if state court, name the county) _____

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)? _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) **Percy C. Perry**

B. Your Address **2905 N 44th Street Mlw, WI. 53210**
Home Pho (414) 445-8372

(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) **City of Milwaukee - Health Department**

D. Defendants address **814 N Broadway Milwaukee, WI. 53202**

E. Additional DEFENDANTS (names and addresses) _____

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate *numbered* paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: I The Plaintiff, Percy C. Perry, Am Suing The Defendant for Violating my Civil rights Based on Title VII, the Americans with Disabilities Act, the Genetic Information NonDiscrimination Act,

I Demand A Trial by Jury.

In May of 2008, I Applied for the for the Position of Inventory Control Assistant II At the City of Milwaukee Health Department. After the Application and Interview Process the City of Milwaukee Health Department Hired A less Qualified white Male, To Protect him from umpending budget cuts in the Department in which both he and I worked At that Time, the Stress from this Mistreatment Caused me Severe Health Problems

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

I request a Monetary Award of three Million Dollars for Illness and injury suffered Due to the Actions of the Defendant. I Also request restitution of All Court Costs and Attorney fees

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 17th day of June, 2011.

[signature]

(Signature of Plaintiff(s))