# United States District Court

EASTERN DISTRICT OF WISCONSIN

PERCY C. PERRY,

        Plaintiff,         **JUDGMENT IN A CIVIL CASE**

        v.         Case No. 11-C-0587

CITY OF MILWAUKEE HEALTH DEPARTMENT,

        Defendant.

---

This action came before the court, the issues have been decided and a decision has been rendered. Now, therefore,

IT IS ORDERED AND ADJUDGED that this case is dismissed without prejudice for failure to state a claim.

APPROVED:     s/ C. N. CLEVERT, JR.
                      C. N. CLEVERT, JR.
                      Chief U. S. District Judge

                                        JON W. SANFILIPPO
                                        Clerk

        6/22/11                               s/C. Fehrenbach
        Date                                   (By) Deputy Clerk